IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUANITA BURCH, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:20-cv-3086-M-BN |
| § | |
| FREEDOM MORTGAGE CORP., § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 8, 2021 (ECF No. 26), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

September 30, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

-1-